### No. 4,

**HOLMES** *against* **OVERSEERS OF ST. ALBANS.** *Franklin*, 1818.

WHERE a prisoner, having a legal settlement in this State, in the town of R, is confined in Jail, on civil process, in the town of S, and is poor, and in need of relief, and the Jailer represents the situation of the prisoner, to the overseers of the poor of the town of S, and demands of them to provide for the prisoner, and the overseers refuse, and the Jailer, residing with his family, in the Jail-house, provides for the support of the prisoner, he may recover the expense of such support, of said overseers.

*CASE stated.* Ebenezer Blanchard, of Rutland, in the County of Rutland, and having a legal settlement in said Rutland, was, on the 25th day of November, 1818, arrested, in Swanton, in Franklin County, where he had resided for four months, by virtue of a writ of execution ; and, by virtue of said writ, on the day and year last aforesaid, duly committed to the keeper of the Jail, in St. Albans, in Franklin County, within said prison ; that at the time of the commitment, the said Ebenezer Blanchard was, and ever hath been poor and in need of relief, and confined in said prison, he being poor, and wholly unable to support himself, in whole, or in part ; that, on the said 25th day of November, 1818, and ever since, Sheveric Holmes, the plaintiff, in this case, was, and is Sheriff, within and for the County of Franklin, by virtue of his said office, keeper of said prison ; the said Sheveric Holmes, then being Sheriff and keeper of said prison, did represent the situation of the said Ebenezer Blanchard, to the overseers of the poor of St. Albans, and demanded of the overseers of the poor, as aforesaid, to provide for the support of the said Ebenezer Blanchard ; the said overseers then and there refused, and ever since have refused, to provide for the support of said Ebenezer Blanchard ; that said Holmes did, from the time last aforesaid, until the 22d day of December, 1818, reside with his family, in said Jail-

house; and did, during the time aforesaid, provide for the support of said Ebenezer Blanchard.

The question, for the opinion of the Court, is whether, from the facts stated, the said Sheveric Holmes, is entitled, by law, to recover of, and from the oversseers of the poor of St. Albans, for the support of said Blanchard, as aforesaid.

*Judgment*—That the overseers are liable, and that plaintiff recover, &c.